UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JAMES CASEY, *individually and on behalf
of all others similarly situated*,

    Plaintiff,

v.                                                                                      Civ. No. 21-1087 KRS/GJF

HOBBS RENTAL CORP.,

    Defendant.

## ORDER GRANTING AGREED MOTION TO STAY

TH IS MATTER is before the Court upon the parties' "Agreed Motion for Stay" [ECF 5] ("Motion"). Being fully advised on the Motion, and noting the concurrence of the parties, the Court finds that the Motion should be **GRAMTED**.

**IT IS THEREFORE ORDERED** that the case is **STAYED** until **April 7, 2022**. In the event the case has not settled by then, the Court will conduct a status conference to discuss with the parties their expectations for how this case should proceed.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE